| | | |
|---|---|---|
| **MARGARET CRAIN AND DAVID CRAIN** | * | **NO. 2023-CA-0413** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | | |
| | * | **FOURTH CIRCUIT** |
| **NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ORLEANS SHORING, LLC AND DEREK J. HOBBS** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

*TGC*

**CHASE, J., CONCURS IN THE RESULT**